# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### Southern Division

|  |  |
|---|---|
| **ERIC B. FROMER CHIROPRACTIC, INC.,** | * |
| Plaintiff, | * Case No.: GJH-17-3801 |
| v. | * |
| **INOVALON HOLDINGS, INC.,** *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In accordance with the foregoing Memorandum Opinion, it is hereby **ORDERED**, by the United States District Court for the District of Maryland, that:

1. Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P 12(b)(1) and 12(b)(6), ECF No. 22, is **DENIED**;

2. Defendants' Motion to Stay, ECF No. 22, is **GRANTED**; and

3. The Clerk **SHALL STAY** the case pending resolution of Defendants' Petition for Expedited Declaratory Ruling with the Federal Communications Commission, *In re Inovalon, Inc.'s Pet. for Expedited Declaratory Ruling*, CG Docket No. 02-278 (FCC Feb. 19, 2018) (ECF No. 22-4). The parties shall submit a status report on January 4, 2019 or when there has been a determination made by the FCC, whichever shall occur first.

Dated: September 4, 2018                             /s/
                                                                    GEORGE J. HAZEL
                                                                    United States District Judge